## Richmond

GEORGE DABNEY CEPHAS v. COMMONWEALTH OF VIRGINIA.

April 26, 1971.

Record No. 7461.

Present, All the Justices.

*George W. R. Glass* (*Hundley and Taylor*, on brief), for plaintiff in error.

*William T. Lehner, Assistant Attorney General* (*Andrew P. Miller, Attorney General*, on brief), for defendant in error.

Per Curiam.

The only issue presented on this appeal is the sufficiency of the evidence to support Cephas' conviction of statutory burglary. We have reviewed the evidence and we find that it is sufficient to sustain the conviction.

The judgment of the court below is

*Affirmed.*